AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED *JSS*

by *SPS*

2015 OCT 23 P 4: 01

CLERK...
ALEXANDRIA, VA

| | |
|---|---|
| SIMPLY WIRELESS, INC. <br><br> *Plaintiff(s)* <br> v. <br> T-MOBILE US, INC. (formerly known as T-Mobile USA, Inc.) and T-MOBILE USA, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:15-cv-1390 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* T-Mobile USA, Inc. c/o Registered Agent
Corporation Service Company
1111 East Main Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert A. Rowan
Nixon & Vanderhye P.C.
901 N. Glebe Road
Arlington, VA 22203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2015 OCT 23 P 3: 59

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| SIMPLY WIRELESS, INC. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:15-CV-1390 |
| T-MOBILE US, INC. (formerly known as T-Mobile USA, Inc.) and T-MOBILE USA, INC. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* T-Mobile US, Inc. c/o Registered Agent
Corporation Service Company
2711 Centerville Rd Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert A. Rowan
Nixon & Vanderhye P.C.
901 N. Glebe Road
Arlington, VA 22203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                  *Signature of Clerk or Deputy Clerk*